Anna Y. Park, CA SBN 164242
Sue Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br>     vs.<br>SENSIENT DEHYDRATED FLAVORS, COMPANY, SENSIENT DEHYDRATED FLAVORS, LLC., SENSIENT NATURAL INGREDIENTS, LLC., and Does 1-10 Inclusive,<br>             Defendant(s). | Case No.: 1:15-CV-01431—BAM<br><br>**ORDER**<br><br>**IN RE: UNOPPOSED EX PARTE MOTION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

**<u>ORDER</u>**

**FOR GOOD CAUSE SHOWING, THIS COURT HEREBY ORDERS THAT**

The initial Scheduling Conference is continued from December 10, 2015 to **January 25, 2016 at 9:30 a.m.** The parties shall conduct their conference by or on December 21, 2015 and their joint scheduling report shall be due to the Court on January 15, 2016.

IT IS SO ORDERED.

Dated:  **October 29, 2015**                              /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE

-1-