1  LITTLER MENDELSON, P.C.
   KEVIN V. KOLIGIAN, Bar No. 258711
2  ANDREW H. WOO, Bar No. 261120
   NATALIE M. JANSEN, Bar No. 286401
3  5200 North Palm Avenue, Suite 302
   Fresno, CA  93704.2225
4  Telephone:   559.244.7500
   Facsimile:    559.244.7525
5  Email: kkoligian@littler.com
          awoo@littler.com
6         njansen@littler.com

7  Attorneys for Defendant
   SENSIENT NATURAL INGREDIENTS LLC f/k/a
8  SENSIENT DEHYDRATED FLAVORS LLC and
   successor in interest to SENSIENT DEHYDRATED
9  FLAVORS COMPANY

10 (*Additional counsel listed on the following page.*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| U.S. EQUALEMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SENSIENT DEHYDRATED FLAVORS COMPANY, SENSIENT DEHYDRATED FLAVORS, LLC., SENSIENT NATURAL INGREDIENTS, LLC,<br><br>Defendants. | Case No.  1:15-cv-01431 BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TELEPHONIC STATUS CONFERENCE** |

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

JOINT STIP. AND [PROPOSED] ORDER TO
CONTINUE STATUS CONF.

Case No. 1:15-cv-01431 BAM

1  Anna Y. Park, CA SBN 164242
   Sue Noh, CA SBN 192134
2  Rumduol Vuong, CA SBN 264392
   Jennifer L. Boulton, CA SBN 259076
3  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
4  255 East Temple Street, Fourth Floor
   Los Angeles, CA 90012
5  Telephone: (213) 894-1083
   Facsimile: (213) 894-1301
6  E-Mail: lado.legal@eeoc.gov

7  Juan Carlos Jauregui, CA SBN 280492
   U.S. EQUAL EMPLOYMENT
8  OPPORTUNITY COMMISSION
   2300 Tulare Street, Suite 215
9  Fresno, CA 93721
   Telephone: (559) 487-5135
10 Facsimile: (559) 487-5053
   E-Mail: juancarlos.jauregui@eeoc.gov
11
   Attorneys for Plaintiff
12 U.S. EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Pursuant to Local Rule 144, by and through their respective counsel of record, Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and Defendant SENSIENT NATURAL INGREDIENTS LLC f/k/a SENSIENT DEHYDRATED FLAVORS LLC and successor in interest to SENSIENT DEHYDRATED FLAVORS COMPANY ("Defendant") hereby submit the following Stipulation and [Proposed] Order:

WHEREAS, the Court, on December 16, 2015, issued a minute order [Doc. 13] setting a Telephone Status Conference for January 7, 2016 at 9:00 a.m.;

WHEREAS, counsel for Defendant has a deposition in an unrelated matter scheduled for the same date and time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that:

1. The Telephonic Status Conference set for January 7, 2016 at 9:00 a.m. shall be continued to January 13, 2016 at 9:30 a.m.

The parties respectfully request that the Court modify the December 16, 2015 minute order to continue the Telephonic Status Conference, as set forth above.

Dated: December 22, 2015                LITTLER MENDELSON, P.C.


By: /s/ Kevin V. Koligian, Esq.
    KEVIN V. KOLIGIAN
    ANDREW H. WOO
    NATALIE M. JANSEN
    Attorneys for Defendants
    SENSIENT NATURAL INGREDIENTS
    LLC f/k/a SENSIENT DEHYDRATED
    FLAVORS LLC and successor in interest
    to SENSIENT DEHYDRATED
    FLAVORS COMPANY

Dated: December 22, 2015

By: /s/ Rumduol Vuong, Esq.
RUMDUOL VUONG
Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**ORDER**

**PURSUANT TO THIS STIPULATION, IT IS HEREBY ORDERED THAT:**

The Joint Stipulation is hereby GRANTED.  The December 16, 2015 minute order is modified in accordance with the dates proposed by the parties in their Joint Stipulation as follows:

1. The Telephonic Status Conference set for January 7, 2016 at 9:00 a.m. is continued to January 13, 2016 at 9:30 a.m. before Judge McAuliffe.

**IT IS SO ORDERED.**

Dated:  **December 23, 2015**                   /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE