Anna Y. Park, CA SBN 164242
Sue Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Jennifer L. Boulton, CA SBN 259076
Lorena Garcia Bautista, CA SBN 234091
Eric Yau, CA SBN 275457
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
Email: lado.legal@eeoc.gov

Juan Carlos Jauregui, SBN 280492
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2300 Tulare Street, Suite 215
Fresno, CA 93721
Telephone:  (559)487-5135
Facsimile:  (559) 487-5053
E-Mail:  juancarlos.jauregui@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LITTLER MENDELSON, P.C.
Kevin V. Koligian, Bar No. 258711
Natalie M. Jansen, Bar No. 286401
5200 North Palm Avenue, Suite 302
Fresno, CA 93704-2225
Telephone:     559.244.7500
Facsimile:      559.244.7525
E-mail:kkoligian@littler.com
        njansen@littler.com

MICHAEL BEST & FRIEDRICH LLP
Amy Schmidt Jones (admitted *pro hac vice*)
Anne M. Carroll (admitted *pro hac vice*)
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Telephone:     414.271.6560
Facsimile:      414.277.0656
E-mail: asjones@michaelbest.com
         amcarroll@michaelbest.com

Brian P. Paul (admitted *pro hac vice*)
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL  60601
Telephone:    312.222.0800
Facsimile:     312.222.0818
E-mail: bppaul@michaelbest.com

Attorneys for Defendant
Sensient Natural Ingredients LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SENSIENT DEHYRDRATED FLAVORS COMPANY, et al., Does 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:15- CV-01431-DAD-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PRELIMINARY SCHEDULING ORDER DEADLINE** |

1  Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or
2  "Plaintiff") and Defendant Sensient Natural Ingredients LLC (incorrectly identified in the
3  Complaint as "Sensient Natural Ingredients, LLC") ("SNI"), f/k/a Sensient Dehydrated Flavors
4  LLC (incorrectly identified in the Complaint as "Sensient Dehydrated Flavors, LLC"), and
5  successor in interest to Sensient Dehydrated Flavors Company ("Defendant"), through their
6  respective counsel of record, hereby stipulate pursuant to Rule 16 of the Federal Rules of Civil
7  Procedure as follows:

   **1. <u>Good Cause to Extend Preliminary Scheduling Order Deadline</u>**

8  The parties come before the Court to seek an extension of the Preliminary Scheduling
9  Order deadline to amend the parties' pleadings by stipulation solely as to the naming of the
10 proper Defendant.  Specifically, the parties seek an extension to reach an agreement as to the
11 naming of SNI as the sole Defendant.  While the parties have not yet agreed to a stipulation, the
12 parties have met and conferred and documents have been provided outside of the formal
13 discovery process.  The parties currently are working on the terms of the stipulation.  The EEOC
14 has requested additional time to negotiate a stipulation, and SNI does not oppose a four-week
15 extension (i.e. 28 days) to permit the parties to reach an agreement with respect to the naming of
16 SNI as the sole Defendant and to amend the Complaint accordingly.  As such, the parties request
17 that the Court, for good cause, grant the parties' request for an extension of time for the sole
18 purpose of filing a stipulated amendment to the Complaint to name SNI as the sole corporate
19 Defendant.

   **2. <u>Stipulation to Amend Preliminary Scheduling Order</u>**

20 The parties stipulate that the Preliminary Scheduling Order be amended to reflect the
21 following new deadline:
22
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1. All stipulated amendments or motions to amend the Complaint to name SNI as the sole corporate Defendant shall be filed by September 2, 2016. The August 5, 2016 deadline for amending or filing a stipulated amendment to the pleadings remains in effect for all other purposes.

IT IS SO STIPULATED.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: August 8, 2016   By:   /s/ *Jennifer L. Boulton*
Jennifer L. Boulton
Attorney for Plaintiff U.S. EEOC

MICHAEL BEST & FRIEDRICH LLP

Date: August 8, 2016   By:   */s/ Amy Schmidt Jones*
Amy Schmidt Jones
Attorney for Defendant Sensient Natural Ingredients LLC

**ORDER**

For good cause shown, the stipulation to extend the Preliminary Scheduling Order deadline is hereby approved and the new deadline for amendment to the parties' pleadings as set forth in the Preliminary Scheduling Order shall be amended as follows:

1. All stipulated amendments or motions to amend the Complaint to name SNI as the sole corporate Defendant shall be filed by September 2, 2016.  The August 5, 2016 deadline for amending or filing a stipulated amendment to the pleadings remains in effect for all other purposes.

IT IS SO ORDERED.

Dated:  **August 8, 2016**            /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE