Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia Bautista, SBN 234091
Jennifer L. Boulton, SBN 259076
Eric Yau, SBN 275457
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LITTLER MENDELSON, P.C.
Kevin V. Koligian, Bar No. 258711
Natalie M. Jansen, Bar No. 286401
5200 North Palm Avenue, Suite 302
Fresno, CA 93704-2225
Telephone:     559.244.7500
Facsimile:      559.244.7525
E-mail:kkoligian@littler.com
            njansen@littler.com

MICHAEL BEST & FRIEDRICH LLP
Amy Schmidt Jones (admitted *pro hac vice*)
Anne M. Carroll (admitted *pro hac vice*)
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Telephone:     414.271.6560
Facsimile:      414.277.0656
E-mail: asjones@michaelbest.com
            amcarroll@michaelbest.com

Brian P. Paul (admitted *pro hac vice*)
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL  60601
Telephone:     312.222.0800
Facsimile:      312.222.0818
E-mail: bppaul@michaelbest.com

-1-

1  Attorneys for Defendant
2  Sensient Natural Ingredients LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No: 1:15-CV-01431-DAD-BAM |
| Plaintiff, | **PLAINTIFF AND DEFENDANT'S NOTICE OF SETTLEMENT** |
| v. | |
| SENSIENT DEHYDRATED FLAVORS, COMPANY, SENSIENT DEHYDRATED FLAVOR, LLC., SENSIENT NATURAL INGREDIENTS, LLC., and Does 1-10 inclusive, | Hon. Dale A. Drozd U.S. District Judge |
| Defendants. | |

Pursuant to Local Rules 160(a) and 272(a), Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Sensient Natural Ingredients LLC (incorrectly identified in the Complaint as "Sensient Natural Ingredients, LLC"), f/k/a Sensient Dehydrated Flavors LLC (incorrectly identified in the Complaint as "Sensient Dehydrated Flavors, LLC"), and successor to Sensient Dehydrated Flavors Company ("Defendant"), through their respective counsel of record herein, hereby provide notice that they have reached a settlement.  As the EEOC and Defendant will be submitting their proposed

/ / /

/ / /

1 consent decree and accompanying motion shortly, the parties request that the Court retain
2 jurisdiction so that it may enter the decree.

                                                        Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: May 17, 2017                            /s/ *Jennifer L. Boulton*
                                                      Jennifer L. Boulton,
                                                      Trial Attorney

LITTLER MENDELSON, P.C.
Kevin V. Koligian, Bar No. 258711
Natalie M. Jansen, Bar No. 286401
5200 North Palm Avenue, Suite 302
Fresno, CA 93704-2225
Telephone:    559.244.7500
Facsimile:     559.244.7525
E-mail: kkoligian@littler.com
         njansen@littler.com

MICHAEL BEST & FRIEDRICH LLP

Date:  May 17, 2017                      */s/ Amy Schmidt Jontes*
Amy Schmidt Jones (admitted *pro hac vice*)
Anne M. Carroll (admitted *pro hac vice*)
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Telephone:    414.271.6560
Facsimile:     414.277.0656
E-mail: asjones@michaelbest.com
         amcarroll@michaelbest.com

Brian P. Paul (admitted *pro hac vice*)
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL  60601
Telephone:    312.222.0800
Facsimile:     312.222.0818
E-mail: bppaul@michaelbest.com

Attorneys for Defendant
Sensient Natural Ingredients LLC